# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Maria Irma Perez Padilla,

Petitioner,

v.

Kristi Noem et al,

Respondents.

Case No. 25 cv 12462
Judge Sharon Johnson Coleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of petitioner(s) Maria Irma Perez Padilla,
and against respondent(s) Kristi Noem, Russell Hott.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s) ,
and against plaintiff(s) .

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Sharon Johnson Coleman on a petition for writ of habeas corpus.

Date: 10/28/2025

Thomas G. Bruton, Clerk of Court

Yvette Montanez, Deputy Clerk